JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IV SOLUTIONS, INC.<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TIME INSURANCE COMPANY dba ASSURANT HEALTH; and DOES 1 through 25, inclusive,<br><br>　　　　　　　　Defendants.<br><br>TIME INSURANCE COMPANY,<br><br>　　　　　　Counter-Plaintiff,<br><br>　vs.<br><br>IV SOLUTIONS, INC.<br><br>　　　　　Counter-Defendant. | Case No. 2:15-cv-00916-RGK-PLA<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court, having considered the stipulation of all parties, who have each stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action without prejudice, and good cause appearing therefor, orders as follows:

1) That that this action be, and hereby is, dismissed without prejudice, and that all case deadlines and hearings are hereby removed from the Court's calendar;

2) That the Court shall retain jurisdiction over this matter in order to:

   (A) Enforce the parties' settlement;

   (B) Enter the parties' dismissals *with prejudice* pursuant to the parties' settlement agreement; and

   (C) To hear and rule on IV Solutions, Inc.'s application to seal a portion of the record in this lawsuit pursuant to the parties' settlement agreement.

IT IS SO ORDERED.

Dated: January 21, 2016        By:_____
                               The Honorable R. Gary Klausner
                               United States District Court Judge